UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF UNION BANK OF INDIA (UK) LTD
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO
TAKE DISCOVERY FROM WELLS FARGO BANK,
N.A. FOR USE IN A FOREIGN PROCEEDING

Case No. 21-mc-00005(RA)(BCM)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

## [PROPOSED] ORDER

Upon consideration of the application for an order pursuant to 28 U.S.C. § 1782 (the "Application") to take discovery from Wells Fargo Bank, N.A. ("Respondent"), submitted by Union Bank of India (UK) Ltd ("Applicant") and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that

(1)  the Application is GRANTED;

(2)  Applicant is authorized to serve a subpoena substantially in the form attached as Exhibit 1 to the January 6, 2021 Declaration of David E. Potter upon Respondent;

(3)  Respondent is directed to respond to such subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, and to produce and authenticate the documents in its possession, custody, and control, as requested in the subpoena, by no later than thirty (30) days after the service of this order or on such date as the parties may agree.

SO ORDERED

New York, New York

Dated: _____January 25_____, 2021

~~United States District Judge~~
United States Magistrate Judge